## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02513-BNB

(**The above civil action number must appear on all future papers sent to the Court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

[VINCENT TODD MARTIN],
DELORIES ALEXANDER,
ROBERT HAMPTON,
DARLENE HAMPTON,
JASMINE[']S MOM LEAH,
MY UNCLE JESSE MELSON, and
SCOTTIE DAVIS,

      Plaintiffs,

v.

JEFF JOHNSON,
PAUL BOURLESON at Friendship,
DALLAS BOURLESON,
STACIE BOURLESON,
DENZALE BOURLESON,
PAUL THORN,
DEPUTY STARKS,
KATHEY HAMPTON,
DEPUTY COOPER,
CHERYL ADDISON,
ROBERT POLK,
BROTHER ROSEVELT,
LEATHA YOUNG,
TAYLOR, 19 years old,
SHEQUETA, 18 years old,
DEANDRE, 20 years old, and
GEORGE ANNE REDD,

      Defendants.

## ORDER DIRECTING PLAINTIFF VINCENT TODD MARTIN TO CURE DEFICIENCY

This matter is before the Court on the Prisoner Complaint (ECF No. 1) and

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) that only Vincent Todd Martin, acting *pro se*, has signed but which name other purported Plaintiffs. Mr. Martin appears to be in the custody of the Denver Sheriff Department with a prisoner number of 0432861.

The Prisoner Complaint has two first pages, *see* ECF No. 1 at 1, 13. The caption to this order includes all purported Plaintiffs and Defendants listed in the captions on those pages, as well as Mr. Martin, who was not included in either caption. Mr. Martin may not assert claims on behalf of other individuals and he may not list other individuals as plaintiffs in a pleading that only he has signed. A *pro se* litigant may not represent other *pro se* litigants in federal court. *See* 28 U.S.C. § 1654; *see also Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000). "A litigant may bring his own claims to federal court without counsel, but not the claims of others." *Fymbo*, 213 F.31 at 1321. Therefore, Mr. Martin will be directed to file an amended complaint that only names him as Plaintiff and only asserts his own claims.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the Court also has determined that the submitted documents are deficient as described in this order. Mr. Martin will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Martin files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information

(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the Court's current form for filing prisoner complaints)
(8) _X_ names in caption of the amended motion and affidavit must match names in caption of amended complaint
(9) __ An original and a copy have not been received by the Court. Only an original has been received.
(10) _X_ other: Fails to name only Vincent Todd Martin as Plaintiff.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form (must use the Court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the Court. Only an original has been received.
(17) __ Sufficient copies to serve each Defendant have not been received by the court.
(18) __ names in caption do not match names in text
(19) _X_ other: Fails to name only Vincent Todd Martin as Plaintiff. Must name all Defendants on page one of amended complaint.

Accordingly, it is

ORDERED that Plaintiff, Vincent Todd Martin, cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Martin files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Martin shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies  It is

FURTHER ORDERED that, if Mr. Martin fails to cure the designated deficiencies **within thirty days from the date of this order**, the Prisoner Complaint and the action

will be dismissed without further notice.  It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order only to Mr. Martin at the Denver Sheriff Department and use his prisoner number 0432861.  It is

FURTHER ORDERED that the clerk of the Court also mail a copy of this order to Mr. Martin at the address he provided in part on page two of the Prisoner Complaint, 2850 Albion Street, Denver, CO 80207.

DATED:  September 27, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge