**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02513-LTB

[VINCENT TODD MARTIN],
DELORIES ALEXANDER,
ROBERT HAMPTON,
DARLENE HAMPTON,
JASMINE[']S MOM LEAH,
MY UNCLE JESSE MELSON, and
SCOTTIE DAVIS,
       Plaintiffs,

v.

JEFF JOHNSON,
PAUL BOURLESON at Friendship,
DALLAS BOURLESON,
STACIE BOURLESON,
DENZALE BOURLESON,
PAUL THORN,
DEPUTY STARKS,
KATHEY HAMPTON,
DEPUTY COOPER,
CHERYL ADDISON,
ROBERT POLK,
BROTHER ROSEVELT,
LEATHA YOUNG,
TAYLOR, 19 years old,
SHEQUETA, 18 years old,
DEANDRE, 20 years old, and
GEORGE ANNE REDD,
       Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

       Plaintiff's motion (ECF No. 41) to amend filed on January 16, 2014, asking the Court to reconsider its "Order Denying Motion to Reconsider" (ECF No. 33) filed on January 8, 2014, is DENIED for the same reasons previously stated in the January 8 order.  This case is closed.  The clerk of the Court is directed to strike any future filings that bear no relevance to the reasons for the dismissal of this action.

Dated:  January 21, 2014